**SO ORDERED.**

**SIGNED this 10 day of June, 2014.**



_____

John T. Laney, III
**Chief United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| In RE:<br>Claude Kenneth Jones<br>Sandra Davis Jones<br>1398 W. Golden Road<br>Tifton, GA 31793<br><br>Debtor (s)  SSN:<br>XXX-XX-1250<br>XXX-XX-4151 | Chapter 13<br><br><br>Case No. 14-70218-JTL |

Order Confirming Plan Awarding Attorney's Fees Providing Extension Of The Plan
Beyond 36 Months And Providing Payment Of A Small Percentage Plan

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's (s') plan, or plan as modified, complies with Section 1325 of the Bankruptcy Code, 11 U.S.C. Section 1325, and with other applicable provisions of Title 11 of the United States Code as shown by Exhibit "A" attached hereto;  and sufficient cause having been shown for the length of the plan to be extended beyond thirty-six months; and the debtor(s) having testified under oath at the first meeting of creditors to facts sufficient to establish that this small percentage plan is filed in good faith as that term is defined in In Re Kitchens, 702 F.2d 885 (11th Cir. 1983); and

The Chapter 13 Trustee having recommended that the debtor's (s') plan to be confirmed; it is

ORDERED that the debtor's(s') plan, or plan as amended, which plan is attached hereto as Exhibit "A " and incorporated herein by reference, is confirmed, and the debtor(s) is furthered ordered to strictly comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

ORDERED that an award of $3,000.00  is made to Michael H. Turner,  P C as interim compensation in this case pursuant to Section 331 of the Bankruptcy Code for the attorney services rendered in this case . The attorney has previously been paid $0 .00. The Trustee is directed to pay the balance of  $3,000.00 as an administrative expense; and it is further

ORDERED that all pending motions to dismiss filed by the Chapter 13 Trustee are hereby withdrawn, unless a separate order has been entered resolving the motion .

END OF DOCUMENT

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

/s/ Kristin Hurst
_____
A. Kristin Hurst, Trustee

RE:                                                                              Case No. 14-70218-JTL
Claude Kenneth Jones
Sandra Davis Jones
1398 W. Golden Road
Tifton, GA 31793

---

## Trustee's Report

**Payment Schedule**

| Payor | Amount | Start Date | Length |
|-------|--------|------------|--------|
| Claude Kenneth Jones | $594.00 | March 27, 2014 | 2.00 |
| Claude Kenneth Jones | $740.00 | May 27, 2014 | End of Plan |

Commitment Period: 60 months

From the payments so received, the trustee shall make disbursements as follows:

| Creditor Name | Value | Description | Int | Payment |
|---------------|-------|-------------|-----|---------|
| **Other Secured** | | | | |
| Atlanta Postal Credit Union | Debt | Travel Trailer | 4.00 | $70.00 |
| Blue Green Corp. | | Surrender Timeshare - Pigeon Forge, Tn | 0.00 | 0.00 |
| Capital One/Polaris | | Surrender 2010 Polaris Sportsman | 0.00 | 0.00 |
| Kubota Credit Corporation | $3,000.00 | Lawnmower | 4.00 | $56.00 |
| **Mortgage Arrearage** | | | | |
| Citimortgage Inc | Debt | Arrears Through 2/14 | 0.00 | $27.00 |
| Southeastern Federal Credit U | Debt | Arrears Through 2/14 | 0.00 | $10.00 |
| **Secured - Vehicle** | | | | |
| Atlanta Postal Credit Union | Debt | 2007 Toyota Tundra | 4.00 | $125.00 |
| Atlanta Postal Credit Union | Debt | 2009 Pontiac G6 | 4.00 | $177.00 |
| Santander Consumer Usa Inc. | $5,500.00 | 2003 Jeep Wrangler | 4.00 | $101.00 |
| Titlemax | Debt | 2001 Ford F250 | 4.00 | $56.00 |
| **Paid Outside Secured** | | | | |
| Southeastern Federal Credit U | | Begins March 2014 - Paid By Debtors | | |
| Citimortgage Inc | | Mtg/Begins March 2014 - Paid By Debtors | | |

All 11 U.S.C. § 507 Priority claims will be paid in full over the life of the plan .

**Special Provisions**:
The standard language and specific terms contained in the Middle District of Georgia's model Chapter 13 plan and any special provisions added to the plan or modified plan by the debtor are incorporated by reference .

60 Month Base Case

$3,805.00 Best Interest dividend will be paid to unclassified unsecured creditors .
If the plan proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge under 11 U.S.C. 1328(a).

The Trustee recommends this plan be confirmed as it complies with all of the requirements of 11  U.S.C. Section 1325.

EXHIBIT "A"

P.O. Box 1907                                              /s/ Kristin Hurst
Columbus, GA 31902
Phone (706) 327-4151                                      A. Kristin Hurst, Trustee
ecf@ch13trustee.com